THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **DISPLAY TECHNOLOGIES, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**CANON U.S.A, INC.,** *et al.***,**<br><br>Defendants. | Civil Action No. 2:17-cv-00192-JRG-RSP<br><br>**CONSOLIDATED LEAD CASE**<br><br>**JURY TRIAL DEMANDED** |

## JOINT MOTION TO STAY AND NOTICE OF SETTLEMENT

Plaintiff Display Technologies, LLC and Defendant Panasonic Corporation of North America, Inc. hereby notify the Court that all matters in controversy in the consolidated action between these two parties, and only these two parties, have been settled, in principal.  The parties request a stay of the case for 30 days, including but not limited to the scheduling conference set for July 25, 2017 at 1:30 p.m. and the entry of a Docket Control Order, to afford them time to complete the execution of a settlement agreement and to submit appropriate dismissal papers.

DATED July 14, 2017.                    Respectfully submitted,

/s/ *Thomas C. Wright*
Thomas C. Wright, Ph.D.
State Bar No. 24028146
Alex J. Whitman
State Bar No. 24081210
Cunningham Swaim, LLP
7557 Rambler Road, Suite 400
Dallas, TX 75231
Telephone: (214) 646-1495
twright@cunninghamswaim.com
awhitman@cunninghamswaim.com

**ATTORNEYS FOR PLAINTIFF
DISPLAY TECHNOLOGIES, LLC**

/s/ *Sten Jensen*
Sten Jensen
Orrick, Herrington, Sutcliffe, LLP
Columbia Center
1152 15th Street, N.W.
Washington, D.C. 20005
Telephone: (202) 339-8400
Facsimile: (202) 339-8500
Email: sjensen@orrick.com

**ATTORNEYS FOR DEFENDANT
PANASONIC CORPORATION OF
NORTH AMERICA**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been served upon counsel of record via the Court's CM/ECF system on July 14, 2017.

/s/ *Thomas C. Wright*