**THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **DISPLAY TECHNOLOGIES, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**CANON U.S.A, INC., *et al.*,**<br><br>Defendants. | **Civil Action No. 2:17-cv-00192-JRG-RSP**<br><br>**CONSOLIDATED LEAD CASE**<br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF DISMISSAL PURSUANT to RULE 41(a)(1)(A)(i)**

Display Technologies, LLC ("Plaintiff"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby gives notice of dismissal of consolidated Defendant Panasonic Corporation of North America, with prejudice, with each party to bear its own costs, attorneys' fees and expenses.  Defendant Panasonic Corporation of North America has not answered or filed a motion for summary judgment, therefore no order is required under the Rule.  Plaintiff's claims against Defendant Canon U.S.A., Inc. shall remain in full force and effect.

Respectfully submitted,

*/s/ Thomas C. Wright*
THOMAS C. WRIGHT
State Bar No. 24028146
**CUNNINGHAM SWAIM, LLP**
7557 Rambler Road, Suite 400
Dallas, Texas 75231
Phone:  214-646-1495
Facsimile: 214-613-1163
twright@cunninghamswaim.com

**ATTORNEY FOR PLAINTIFF**

1

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 4th day of August, 2017, all counsel of record are being served with a copy of this document through the Court's CM/ECF system.

/s/ Thomas C. Wright
Thomas C. Wright