THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| DISPLAY TECHNOLOGIES, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CANON U.S.A., INC.,<br><br>　　　　　Defendant. | Civil Action No. 2:17-cv-192<br><br>JURY TRIAL DEMANDED |

## MOTION FOR ENTRY OF DOCKET CONTROL ORDER

Plaintiff Display Technologies, LLC ("Display") files this Motion for Entry of Docket Control Order on behalf of itself and defendant Canon U.S.A., Inc. ("Canon"). The proposed order is attached hereto as Exhibit A. There is no dispute over the contents of the proposed order between Display and Canon.

Dated: August 8, 2017　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Thomas C. Wright*
　　　　　　　　　　　　　　　　　　　　　　　Thomas C. Wright
　　　　　　　　　　　　　　　　　　　　　　　Texas State Bar No. 24028146
　　　　　　　　　　　　　　　　　　　　　　　Alex J. Whitman
　　　　　　　　　　　　　　　　　　　　　　　Texas State Bar No. 24081210
　　　　　　　　　　　　　　　　　　　　　　　Cunningham Swaim, LLP
　　　　　　　　　　　　　　　　　　　　　　　7557 Rambler Road, Suite 400
　　　　　　　　　　　　　　　　　　　　　　　Dallas, TX 75231
　　　　　　　　　　　　　　　　　　　　　　　Telephone: (214) 646-1495
　　　　　　　　　　　　　　　　　　　　　　　Fax: (214) 613-1163
　　　　　　　　　　　　　　　　　　　　　　　twright@cunninghamswaim.com
　　　　　　　　　　　　　　　　　　　　　　　awhitman@cunninghamswaim.com

## CERTIFICATE OF CONFERENCE

　　　　The undersigned counsel has conferred with counsel for defendant regarding the contents of the proposed Docket Control Order. The parties are in agreement on the terms set forth in the order.

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Thomas C. Wright*
　　　　　　　　　　　　　　　　　　　　　　　Thomas C. Wright

## **CERTIFICATE OF SERVICE**

      I hereby certify that all counsel of record who have consented to electronic service are being notified of the filing of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 14th day of August 8, 2017.

                                                                        */s/ Thomas C. Wright*  
                                                                        Thomas C. Wright