IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **DISPLAY TECHNOLOGIES, LLC,**<br><br>        Plaintiff,<br><br>    v.<br><br>**CANON U.S.A., INC.,**<br><br>        Defendant. | Civil Action No. 2:17-cv-192<br><br>JURY TRIAL DEMANDED |

### NOTICE OF SERVICE OF DEFENDANT CANON U.S.A., INC.'S INITIAL DISCLOSURES PURSUANT TO DOCKET CONTROL ORDER AND DISCOVERY ORDER

Defendant Canon U.S.A., Inc. pursuant to the Docket Control Order (Doc 35) and Discovery Order (Doc 34) of this court, files this Notice to inform the Court that on August 15, 2017, this defendant served its Initial Disclosures pursuant to the Docket Control Order and Discovery Order of the Court upon Plaintiff Display Technologies, LLC.

Dated: August 15, 2017.                              Respectfully submitted,

        /s/ Guy N. Harrison
Guy N. Harrison
State Bar No. 00000077

Harrison Law Firm
217 N. Center Street
Longview, Texas 75606
PH: (903) 758-7361
Fax: (903) 753-9557
guy@gnhlaw.com and

ATTORNEY FOR DEFENDANT
CANON U.S.A., INC.

## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2017, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

/s/ Guy N. Harrison
Guy N. Harrison