THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **DISPLAY TECHNOLOGIES, LLC,**<br><br>    Plaintiff,<br><br>    v.<br><br>**CANON U.S.A., INC.,**<br><br>    Defendant. | Civil Action No. 2:17-cv-192<br><br>**JURY TRIAL DEMANDED** |

## MOTION FOR ENTRY OF PROTECTIVE ORDER

Plaintiff Display Technologies, LLC ("Display") files this Motion for Entry of Protective Order on behalf of itself and defendant Canon U.S.A, Inc. ("Canon"). The proposed order is attached hereto as Exhibit A. There is no dispute over the contents of the proposed order between Display and Canon.

Dated: August 15, 2017

Respectfully submitted,

*/s/ Thomas C. Wright*
Thomas C. Wright
Texas State Bar No. 24028146
Alex J. Whitman
Texas State Bar No. 24081210
Cunningham Swaim, LLP
7557 Rambler Road, Suite 400
Dallas, TX 75231
Telephone: (214) 646-1495
Fax: (214) 613-1163
twright@cunninghamswaim.com
awhitman@cunninghamswaim.com

## CERTIFICATE OF CONFERENCE

      The parties have conferred regarding the contents of the proposed Protective Order.  The parties are in agreement on the terms set forth in the order.

                                                  */s/ Thomas C. Wright*
                                                  Thomas C. Wright

## CERTIFICATE OF SERVICE

      I hereby certify that all counsel of record who have consented to electronic service are being notified of the filing of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 15th day of August 15, 2017.

                                                  */s/ Thomas C. Wright*
                                                  Thomas C. Wright