IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **DISPLAY TECHNOLOGIES, LLC,**<br><br>                    Plaintiff,<br><br>        v.<br><br>**CANON U.S.A., INC.,**<br><br>                    Defendant. | **Civil Action No. 2:17-cv-192**<br><br>**JURY TRIAL DEMANDED** |

**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Display Technologies, LLC and Defendant Canon U.S.A., Inc. stipulate and agree that all claims in the above action should be dismissed without prejudice.

Each party shall bear its own costs, expenses, and attorneys' fees incurred in connection with this case.

Dated:  August 23, 2017                                          Respectfully submitted,

| | |
|---|---|
| */s/ Thomas C. Wright* | */s/ William S. Foster* |
| THOMAS C. WRIGHT | Guy N. Harrison |
| State Bar No. 24028146 | Attorney at Law |
| Alex J. Whitman | P.O. Box 2845 |
| State Bar No. 24081210 | Longview, TX 75606 |
| **CUNNINGHAM SWAIM, LLP** | Tel.: (903) 758-7361 |
| 7557 Rambler Road, Suite 400 | Fax: (903) 753-9557 |
| Dallas, Texas 75231 | Email: guy@gnhlaw.com |
| Phone:  214-646-1495 | |
| Facsimile: 214-613-1163 | William S. Foster, Jr. |
| twright@cunninghamswaim.com | Drinker Biddle & Reath LLP |
| | 1500 K Street, N.W. |
| ATTORNEYS FOR DEFENDANTS | Washington, DC 20005-1209 |
| DISPLAY TECHNOLOGIES, LLC | Tel.: (202) 842-8800 |
| | Fax: (202) 842-8465 |
| | Email: William.Foster@dbr.com |
| | |
| | ATTORNEYS FOR DEFENDANT |
| | CANON U.S.A., INC. |

## CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

                                                                 */s/ Thomas C. Wright*
                                                                 Thomas C. Wright